MICHAEL WALSH, Appellant, v. THE CONTINENTAL IRON WORKS, Respondent.

*Walsh* v. *Continental Iron Works*, 124 App. Div. 895, affirmed.

(Argued May 5, 1909; decided May 20, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 5, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by an employee through the master's negligence.

*Leander B. Faber* and *Charles H. Street* for appellant.

*Jesse W. Johnson* and *Albert E. Lamb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.

---

EDWARD HURLEY, Respondent, v. BARNET FEINBERG, Appellant.

*Hurley* v. *Feinberg*, 126 App. Div. 909, affirmed.

(Argued May 6, 1909; decided May 20, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1908, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover upon an alleged contract of guaranty.

*Charles Fischer* and *Jacob Harris* for appellant.

*Charles De Hart Brower* and *William R. Hill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.